## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JAMES L. ORRINGTON, II, D.D.S., P.C., | ) | |
| and GARY R. CLEMENS, D.D.S., | ) | |
| on behalf of plaintiffs and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiffs, | ) | 15-cv-1587 |
| | ) | |
| v. | ) | Honorable Judge Tharp |
| | ) | |
| GLOBA, INC. doing business as | ) | |
| GLOBACROWN DENTAL LAB | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ENTERING DEFAULT JUDGMENT

This matter coming to be heard on prove-up on damages and fees and costs in support of plaintiff's Motion for Entry of Order of Default, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

Default judgment is entered against defendant Globa, Inc., doing business as GlobaCrown Dental Lab., and in plaintiffs' favor, in the amount of $2,000.00 for Plaintiff James L. Orrington, II, D.D.S., P.C. and $2,000.00 for Plaintiff Gary R. Clemens, D.D.S. in statutory damages, plus $3,4729.00 in attorney's fees and $483.03 in costs of suit.

Entered:

Dated:   6/30/15

_____
Judge John J. Tharp Jr.
United States District Judge